83,339-01

State of Texas

vs.

Jonathan Siros

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 21 2015

Abel Acosta, Clerk

RE: Siros v. State      CAUSE NO. 1257392

337ᵗʰ District Court

Harris County,

Houston, Texas

Dear Clerk of this Court:

I, Jonathan Siros are currently incarcerated in the Harris County Jail, Houston, Texas on the felony offense of Capital Murder. I have an upcoming trial set for June 1ˢᵗ 2015 on the above charge. There are a few reasons of concern regarding my defense, and rulings being made on pre-trial motions filed to the court. I respectfully request that this Honorable Texas Court of Criminal Appeals entertain my letter of concern and grant defendant a continuance for trial.

My first reason of concern is the following. My Capital Murder case has been forwarded to an "impact court" to be tried there, even following a motion by defendant to be tried by the elected judge over my case. Moreover, a judge in the impact court has recently ruled on several pre-trial motions in favor of the state, when infact that judge has no knowledge or history regarding my case. Furthermore, there is exculpatory evidence that can prove my actual innocence being with held in the federal courts, pertaining the State case for Capital Murder. On February 26, 2015 a request was made to the federal court, in a Habeas Corpus motion to unseal exculpatory evidence. However, that motion aswell was denied leaving defendant with out a chance for a fair trial.

The second reason of concern is the following. My court appointed

TRIAL ATTORNEYS HAVE FAILED TO PROVIDE EFFECTIVE REPRESENTATION AS REQUIRED UNDER SECTION 10 OF THE TEXAS CONSTITUTION AND THE 6TH AMENDMENT OF THE U.S. CONSTITUTION. IN THE FOUR PLUS YEARS I HAVE BEEN IN CUSTODY, MY ATTORNEYS HAVE ONLY MANAGED TO COME VISIT ME TWICE TO DISCUSS MY CASELOAD. FURTHERMORE, AS WE HEAD INTO TRIAL THEY HAVE FAILED TO PRESENT A DEFENSE TO COUNTER THE STATES ACCUSATION. I HAVE LOST A GREAT AMOUNT OF FAITH IN THEM AS WE MOVE FORWARD.

I PRAY THAT THIS HONORABLE TEXAS COURT OF CRIMINAL APPEALS CAN RULE IN FAVOR OF DEFENDANT, BY GRANTING A CONTINUANCE IN HIS CASE, AND ORDERING THE 337TH DISTRICT COURT (JUDGE RENE MAGEE) TO CHECK INTO THIS MATTER.

RESPECTFULLY SUBMITTED,

05/12/2015

JONATHAN SIROS  SPN # 01955665

HARRIS COUNTY JAIL

701 N. SAN JACINTO

HOUSTON, TX 77002

(2)